# IN THE UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| AMERICAN PETROLEUM INSTITUTE, NATIONAL ASSOCIATION OF MANUFACTURERS, and NATIONAL OILSEED PROCESSORS ASSOCIATION, <br><br> Petitioners, <br><br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY and LISA P. JACKSON, Administrator, U.S. Environmental Protection Agency, <br><br> Respondents. | Case No. 12-1477 |

## PETITION FOR REVIEW

Pursuant to Rule 15 of the Federal Rules of Appellate Procedure and section 307(b) of the Clean Air Act, 42 U.S.C. § 7607(b), the American Petroleum Institute and the National Association of Manufacturers hereby petition the Court for review of a final action of respondents—the U.S. Environmental Protection Agency, and Lisa P. Jackson, Administrator, U.S. Environmental Protection Agency—entitled "2017 and Later Model Year Light-Duty Vehicle Greenhouse Gas Emissions and Corporate Average Fuel Economy Standards." *See* 77 Fed.

Reg. 62,624 (Oct. 15, 2012). This Court has jurisdiction and is a proper venue for this action pursuant to 42 U.S.C. § 7607(b)(1).

Dated: December 14, 2012

*Of Counsel*

Evelyn R. Nackman
Counsel
AMERICAN PETROLEUM
INSTITUTE
1220 L Street, NW
Washington, DC 20005-4070
(202) 682-8248

Quentin Riegel
Vice President, Litigation & Deputy
General Counsel
NATIONAL ASSOCIATION OF
MANUFACTURERS
733 10th Street, NW, Suite 700
Washington, DC 20001
(202) 637-3058

Respectfully submitted,

/s/ TKW

Roger R. Martella, Jr.
Timothy K. Webster
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, DC 20005
(202) 736-8000

*Counsel for Petitioners*

IN THE UNITED STATES COURT OF APPEALS FOR
THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| AMERICAN PETROLEUM INSTITUTE, NATIONAL ASSOCIATION OF MANUFACTURERS, and NATIONAL OILSEED PROCESSORS ASSOCIATION,<br><br>             Petitioner,<br><br>   v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY and LISA P. JACKSON, Administrator, U.S. Environmental Protection Agency,<br><br>             Respondents. | Case No. _____ |

## RULE 26.1 STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and D.C. Circuit Rule 26.1, Petitioners make the following Disclosures:

The American Petroleum Institute ("API") states that it is a national trade association representing all aspects of America's oil and natural gas industry. API has over 500 members, from the largest major oil company to the smallest of independents, from all segments of the industry, including producers, refiners, suppliers, pipeline operators and marine transporters, as well as service and supply companies that support all segments of industry. API has no parent company, and no publicly held company has a 10% or greater ownership interest in API.

The National Association of Manufacturers ("NAM") states that it is the nation's largest industrial trade association, representing small and large manufacturers in every industrial sector and in all 50 states. The NAM's mission is to enhance the competitiveness of manufacturers by shaping a legislative and regulatory environment conducive to U.S. economic growth and to increase understanding among policymakers, the media and the general public about the vital role of manufacturing to America's economic future and living standards. The NAM has no parent company, and no publicly held company has a 10% or greater ownership interest in the NAM.

The National Oilseed Processors Association ("NOPA") states that it is a national trade association based in Washington, D.C. that represents 12 companies engaged in the production of vegetable meals and oils from oilseeds, including soybeans. NOPA's 12 member companies process more than 1.6 billion bushels of oilseeds annually at 62 plants located throughout the United States, including 57 plants which process soybeans. NOPA has no parent company, and no publicly held company has a 10% or greater ownership interest in NOPA.

|  |  |
|---|---|
| Dated: December 14, 2012 | Respectfully submitted, |

*Of Counsel*

Evelyn R. Nackman
Counsel
AMERICAN PETROLEUM
INSTITUTE
1220 L Street, NW
Washington, DC 20005-4070
(202) 682-8248

Quentin Riegel
Vice President, Litigation & Deputy
General Counsel
NATIONAL ASSOCIATION OF
MANUFACTURERS
733 10th Street, NW, Suite 700
Washington, DC 20001
(202) 637-3058

/s/ TKW

Roger R. Martella, Jr.
Timothy K. Webster
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, DC 20005
(202) 736-8000

*Counsel for Petitioners*

3

IN THE UNITED STATES COURT OF APPEALS FOR
THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| AMERICAN PETROLEUM INSTITUTE, NATIONAL ASSOCIATION OF MANUFACTURERS, and NATIONAL OILSEED PROCESSORS ASSOCIATION,<br><br>        Petitioner,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY and LISA P. JACKSON, Administrator, U.S. Environmental Protection Agency,<br><br>        Respondents. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. _____ <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Petition for Review and Rule 26.1 Statement have been served by United States first-class mail this 14th day of December, 2012, upon each of the following:

      LISA P. JACKSON
      Administrator
      U.S. Environmental Protection Agency
      Ariel Rios Building (AR), 1101A
      1200 Pennsylvania Avenue, NW
      Washington, DC 20004

ENVIRONMENTAL PROTECTION
AGENCY
Correspondence Control Unit
Office of General Counsel (2311)
1200 Pennsylvania Avenue, NW
Washington, DC 20460

ERIC H. HOLDER, JR.
Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

_____
Timothy K. Webster